UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY SIVAK,<br><br>        Plaintiff,<br><br>    v.<br><br>JUDGE ARACELI MARTÍNEZ-OLGUÍN,<br><br>        Defendant. | Case No. 25-cv-00562-JD<br><br>**ORDER RE DISMISSAL** |

Pro se plaintiff Sivak is incarcerated in Idaho. For unknown reasons, Sivak has filed scores of cases in this District. When disappointed by a court decision, he frequently sues the presiding judge. The Court has dismissed several such cases with prejudice. *See Sivak v. Judge Araceli Martínez-Olguín*, Case Nos. 24-cv-4592, 24-cv-4653, 24-cv-6543, 24-cv-6544. The Ninth Circuit dismissed Sivak's appeal in each case. *See* Case Nos. 24-7420, 24-7421, 24-7422, 24-7423 (9th Cir. April 29, 2025).

The case is also dismissed with prejudice. Judge Martínez-Olguín is immune from civil claims for damages alleged in connection with actions taken in her judicial capacity. *See Moore v. Brewster*, 96 F.3d 1240, 1243 (9th Cir. 1996). Sivak may appeal her decisions to the Ninth Circuit as circumstances warrant. *See Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35 (1980); *see also Mullis v. United States Bankr. Ct.*, 828 F.2d 1385, 1392-93 (9th Cir. 1987).

The case is ordered closed. No further filings will be accepted.

**IT IS SO ORDERED.**

Dated: May 13, 2025

_____
JAMES DONATO
United States District Judge